**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

SATYDRA BLIDGEN,

Plaintiff,

v.

CAMBRIDGE SECURITY SERVICES CORPORATION,

Defendant.

CIVIL ACTION NO.:

# NOTICE OF REMOVAL

Defendant, Cambridge Security Services Corporation ("Cambridge" or "Defendant"), by its attorneys and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby removes this action from the Circuit Court of the Seventeenth Judicial Circuit of Florida to the United States District Court for the Southern District of Florida, and states:

## I. Procedural History and Plaintiff's Allegations

1. On March 6, 2019, Plaintiff Satydra Blidgen ("Plaintiff") filed a Complaint in the Circuit Court of the Seventeenth Judicial Circuit of Florida, in and for Broward County, Florida, Civil Division ("State Court"), against Cambridge, which was captioned as *Satydra Blidgen v. Cambridge Security Services Corporation,* Broward County Case Number CACE19004990 ("Complaint").

2. Cambridge was never served with the Complaint, nor did it ever receive a copy by other means. On May 6, 2019, Plaintiff filed an Amended Complaint in State Court against

Cambridge, which was also captioned as *Satydra Blidgen v. Cambridge Security Services Corporation*, Broward County Case Number CACE19004990 ("Amended Complaint").

3. Cambridge was served with the Amended Complaint and a summons on May 14, 2019. As of this date, no other process, pleadings, or orders have been served upon Cambridge.

4. Cambridge is represented by Jeremy M. Colvin, Esq. and Christine Dimitriou of McDonald Hopkins LLC, 505 S. Flagler Drive, Suite 300, West Palm Beach, Florida 33401, and Harris S. Freier, Esq. (*pro hac vice* application pending), John R. Vreeland, Esq. (*pro hac vice* application pending), and Justine L. Abrams, Esq. (*pro hac vice* application pending) of Genova Burns LLC, 494 Broad Street, Newark, New Jersey 07102. Plaintiff is represented by Bernard A. Lebedeker, Esq. and Kelly A. Schulz, Esq. of Reid Burman Lebedeker Xenick, One Clearlake Centre, 250 South Australian Avenue, Suite 602, West Palm Beach, Florida 33401.

5. In the Amended Complaint, Plaintiff alleges violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII"); the Fair Labor Standards Act of 1938, 29 U.S.C. § 203, *et seq.* (the "FLSA"); the Florida Civil Rights Act of 1992, Florida Statutes §§ 760.01-760.11 and 509.092 (the "FCRA"); and the Florida Minimum Wage Act, Florida Statutes § 448.110, *et seq.* (the "FMWA").

## II. <u>Grounds for Removal</u>

6. A federal question exists with respect to Plaintiff's claims made under Title VII and the FLSA. Thus, pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Plaintiff's claims made under Title VII and the FLSA in the Amended Complaint.

7. Pursuant to 28 U.S.C. § 1367(a) and (c), this Court has supplemental jurisdiction over Plaintiff's state law claims made under the FCRA and FMWA because they are part of the

same case or controversy as the claims she makes under Title VII and the FLSA, over which this Court has original jurisdiction; they do not raise a novel or complex issue of Florida state law; they do not substantially predominate over the claims Plaintiff makes under Title VII and the FLSA, over which this Court has original jurisdiction; none of the claims over which this Court has original jurisdiction have been dismissed; and there are no exceptional circumstances or other compelling reasons to decline supplemental jurisdiction.

8. Plaintiff makes no other claims.

9. The requirements necessary for this Court to exercise original subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441 are satisfied. Accordingly, this case is removed pursuant to 28 U.S.C. § 1441.

## III. The Procedural Requirements for Removal Have Been Satisfied

10. This Notice of Removal has been filed within thirty days of the date that the Amended Complaint was served on Cambridge in accordance with 28 U.S.C. § 1446(b). Therefore, the within Notice of Removal is being filed in a timely manner pursuant to 28 U.S.C. § 1446(b).

11. The Amended Complaint is pending in the Seventeenth Judicial Circuit of Florida, in and for Broward County, Florida, Civil Division, which is embraced by the United States District Court for the Southern District of Florida. Therefore, the Amended Complaint is being removed to the appropriate federal district court pursuant to 28 U.S.C. § 1441(a).

12. Pursuant to 28 U.S.C. § 1146(a) and Section 5H of the Office of the Clerk United States District Court for the Southern District of Florida, Civil Filing Requirements (Revised

June 29, 2018) the entire court file from the State Court proceeding are attached hereto as **Exhibit 1**.

13. This Notice is executed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

14. Cambridge, upon filing of this Notice of Removal in the Office of the Clerk of the United States District Court for the Southern District of Florida, is also filing a copy of this Notice of Removal with Brenda D. Forman, Broward County Clerk of the Circuit and County Court, Central Courthouse, Judicial Complex, West Building, 201 S.E. 6th Street, Fort Lauderdale, Florida 18150, to effectuate removal of this action to the United States District Court pursuant to 28 U.S.C. § 1446(d).

15. Upon filing this Notice of Removal, Cambridge will give written notice thereof to Bernard A. Lebedeker, Esq. and Kelly A. Schulz, Esq., of the law firm, Reid Burman Lebedeker Xenick, One Clearlake Centre, 250 South Australian Avenue, Suite 602, West Palm Beach, Florida 33401, attorneys for Plaintiff. Therefore, the within Notice of Removal is being filed in compliance with 28 U.S.C. § 1446(d).

16. There are no motions pending in the State Court. Therefore, the within Notice of Removal is being filed in compliance with Local Rule 7.2.

**IV. <u>Non-Waiver of Defenses</u>**

17. By removing this action from the Seventeenth Judicial Circuit of Florida, in and for Broward County, Florida, Civil Division, Cambridge does not waive any defenses available to it.

18. By removing this action from the Seventeenth Judicial Circuit of Florida, in and for Broward County, Florida, Civil Division, Cambridge does not admit any of the allegations in the Amended Complaint.

**WHEREFORE**, Defendant, Cambridge Security Services Corporation, prays that the Amended Complaint be removed to this Court and that this Court accept jurisdiction of the action; and henceforth, that the Amended Complaint be placed on the docket of this Court for further proceedings, the same as though it had originally been instituted in this Court.

Respectfully submitted,

**MCDONALD HOPKINS LLC**
505 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401
Telephone: (561) 472-2971
Facsimile: (561) 472-2122

By: /s/ *Jeremy M. Colvin*
Jeremy M. Colvin
Fla. Bar No. 152226
jcolvin@mcdonaldhopkins.com
Christine M. Dimitriou
Fla. Bar No. 99381
cdimitriou@mcdonaldhopkins.com

**GENOVA BURNS LLC**
494 Broad Street
Newark, NJ 07102
Telephone: (973) 533-0777
Facsimile: (973) 533-1112

Harris S. Freier, Esq. (*pro hac vice* application pending)
hfreier@genovaburns.com
John R. Vreeland, Esq. (*pro hac vice* application pending)
jvreeland@genovaburns.com
Justine L. Abrams, Esq. (*pro hac vice* application pending)
jabrams@genovaburns.com

*Attorneys for Defendant,*
*Cambridge Security Services Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to the parties identified in the following service list via CM/ECF on this 13th day of June, 2019.

By: /s/ *Jeremy M. Colvin*
JEREMY M. COLVIN

**SERVICE LIST**

Bernard A. Lebedeker, Esq.
bal@reidburmanlaw.com
**REID BURMAN LEBEDEKER XENICK**
One Clearlake Centre
250 South Australian Avenue, Suite 602
Post Office Drawer 2926
West Palm Beach, FL 33402
Telephone: (561) 659-7700
Facsimile: (561) 659-6377
*Attorneys for Plaintiff, Satydra Blidgen*

Kelly A. Schulz, Esq.
kas@reidburmanlaw.com
**REID BURMAN LEBEDEKER XENICK**
One Clearlake Centre
250 South Australian Avenue, Suite 602
Post Office Drawer 2926
West Palm Beach, FL 33402
Telephone: (561) 659-7700
Facsimile: (561) 659-6377
*Attorneys for Plaintiff, Satydra Blidgen*